#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01446-RAM-MEH

BRENDA RUMSLEY,

    Plaintiff,

      v.

MONARCH RECOVERY MANAGEMENT, INC.,

    Defendant.

.

---

#### NOTICE OF SETTLEMENT

---

NOW COMES the Plaintiff, BRENDA RUMSLEY, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter. Plaintiff also specifically requests that this honorable court vacate the Settlement Conference set for August 19, 2011 at 9:45 a.m. before Magistrate Judge Michael E. Hegarty.

                                        Respectfully Submitted,

DATED:  August 12, 2011          KROHN & MOSS, LTD.

                                    By: /s/ Nicholas J. Bontrager
                                         Nicholas J. Bontrager, Esq.
                                         Krohn & Moss, Ltd.
                                         10474Santa Monica Blvd., Suite 401
                                         Los Angeles, CA 90025
                                         Ph: (323) 988-2400; Fx: (866) 802-0021
                                         nbontrager@consumerlawcenter.com

## CERTIFICATE OF SERVICE

   I hereby certify that on August 12, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that on August 12, 2011, I served all counsel of record with a copy of this document by way of the CM/ECF system.


           By: /s/ Nicholas J. Bontrager
              Nicholas J. Bontrager, Esq.