1
2
3    **IN THE UNITED STATES DISTRICT COURT**
     **FOR THE DISTRICT OF COLORADO**
4
                    Civil Action No. 11-cv-01446-RAM-MEH
5    BRENDA RUMSLEY,
6          Plaintiff,
7               v.
8    MONARCH RECOVERY MANAGEMENT, INC.,
9          Defendant.
10   .
11
          **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**
12
                              **Fed. R. Civ. P. 41(a)(1)**
13

14
15        Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs, BRENDA RUMSLEY and Defendant,
16   MONARCH RECOVERY MANAGEMENT, INC., stipulate, and the Court hereby orders, as
17   follows:
18        1.    The dispute between the parties has been settled, therefore, the claims
19              asserted by Plaintiff, BRENDA RUMSLEY, against Defendant,
20              MONARCH RECOVERY MANAGEMENT, INC., in the above-captioned
21              proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P.
22              41(a)(1).
23
24
25
26
27
28                                         1

1
2
3
4
5   Dated: September 16, 2011         **KROHN & MOSS, LTD.**

6                                    /s/ Nicholas J. Bontrager
7                                    Nicholas J. Bontrager, Esq.
                                     Attorney for Plaintiff,
8                                    BRENDA RUMSLEY

9   Dated: September 16, 2011         **TREECE, ALFREY, MUSAT & BOSWORTH, P.C.**

10                                    /s/ Laura A. Hass
11                                    Laura A. Hass, Reg. No. 34561
                                      Attorney for Defendant,
12                                    MONARCH RECOVERY MANAGEMENT, INC

13
14

15  THE FOREGOING STIPULATION
    IS APPROVED AND IS SO ORDERED.
16
    Dated:
17                                    _____
                                      The Honorable Judge
18                                    Michael E. Hegarty
                                      United States Magistrate Judge
19
20
21
22
23
24
25
26
27
28                                    2

Stipulation of Dismissal and [Proposed] Order

**Error! Unknown document property**