IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01446-RPM-MEH

BRENDA RUMSLEY,

    Plaintiff,

v.

MONARCH RECOVERY MANAGEMENT, INC.,

    Defendant.

_____

## ORDER FOR DISMISSAL
_____

    Pursuant to the Stipulation of Dismissal with Prejudice [12] filed September 23, 2011, it is

    ORDERED that this action is dismissed with prejudice.

    DATED:   September 26th, 2011

                               BY THE COURT:

                               s/Richard P. Matsch
                               _____
                               Richard P. Matsch, Senior District Judge